1  Ross Shade, Pro Se
2  26 Gibson Rd
3  Woodland, CA  95695
4  Tel. 530-555-4817

**FILED**

APR 2 7 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ CLERK

5            **IN THE UNITED STATES DISTRICT COURT FOR**

6               **THE EASTERN DISTRICT OF CALIFORNIA**

7  ROSS SHADE                              )
8        Plaintiff                          )
9  vs.                                      ) CASE No. 2:07-CV-0070 FCD DAD (PS)
10                                          )
11 SUPERIOR COURT OF COUNTY OF YOLO )  AMENDED COMPLAINT
12 and STATE OF CALIFORNIA                 )
13        Defendants                        )
14 _____/
15
16      Plaintiff presents action for declaratory relief made necessary

17 because of deprivation of rights under the Constitution.

18                        **BACKGROUND**

19 **#1:**    Plaintiff, 79 years of age, became destitute in or about August 2003,

20 after being required to become the sole care-giver for wife; was thereafter

21 unable to earn money, and with no liquid assets and only social security

22 income, had to stop paying credit card account balances. Plaintiff has been

23 the defendant in a number credit card collection cases - - in which the

24 Superior Court of the County of Yolo has failed to provide equal protection

25 of the law.

1   **#2:**     Plaintiff was required to proceed without the benefit of assistance in

2   cases where targeted for litigation because a member of a class that is

3   unable to defend. This class who are poor and can not afford an attorney are

4   by nature of these facts not provided equal protection of the laws.

5   **#3:**     Nationwide, most all banks and their affiliates securitize and sell

6   most of the credit card account balances <u>retaining only the contractual right</u>

7   <u>to service their customer's accounts.</u> By using securitization the credit card

8   account balances serve as collateral for asset backed securities. This

9   practice extends far beyond the borders of the State of California and

10   involves practices not familiar to judges of the Superior Court of the

11   County of Yolo.  In accordance with the Uniform Commercial Code, the

12   bank after selling the account balances acts as the *servicer* of the account,

13   and has a *duty* to pursue collection if an account becomes delinquent.

14        In the last decade nation wide, banks have found a market for the

15   account information of delinquent accounts including the social security

16   numbers, addresses and account history and banks sell large portfolios of

17   this information to debt buyers and collectors. Attorneys who are also debt

18   collectors filed the action in the Superior Court of the County of Yolo

19   claiming they had the *right* to sue for the total account balance on behalf of

20   the bank.

1   **#4:**   Just a few years prior to the start of this decade, Banks nationwide

2   were (and perhaps still are) collaborating with debt counselors to whom

3   they paid up to 15% of the amounts collected. These sometimes *non-profit*

4   organizations encouraged debtors to sign reduced payment contracts. The

5   bank obtains a new contract for an *account stated* enforceable in the court

6   for up to four years as a result of collaborating with counselors that were

7   supposedly providing services to benefit the persons for one reason or

8   another sought their assistance.

9       This is but one of the deceptive practices encountered by Plaintiff

10   that would have allowed the plaintiff to prevail in court whereas otherwise

11   that creditor must establish a binding contract and show that plaintiff is the

12   real party in interest. Plaintiff did not agree to a reduced payment contract

13   or otherwise provide an *account stated* that would make it unnecessary to

14   prove there was a binding contract for an amount shown on a *book account.*

15   The courts, however, awarded judgments anyway based on denial of the

16   truth that the bank did not own the account balance and based on *common*

17   *counts* Superior Court of the County of Yolo considered it would be unfair

18   if Plaintiff was not made to pay even if banks were not made to prove they

19   owned the accounts.

20   **#5:**   Also, just prior to this decade, debt brokers started brokering large

21   portfolios of credit card *accounts*. Buyers nationwide were not concerned

3

1    with the fact that account *debit balances* had been sold and they had not

2    acquired a right to collect that account *balance*.

3          During this period debt collector companies throughout the Country

4    grew rapidly and only when these companies violated statutes protecting

5    against unreasonable harassment did the Federal Trade Commission act to

6    protect people who most often had become delinquent because of

7    circumstances not unlike those encountered by Plaintiff.

8          The debt buyers, located throughout the country claim they own the

9    account balance but are perpetrating <u>fraud</u> by claiming they are true owner

10   of the *account balances.  Victims* of this fraud are many senior citizens and

11   disabled persons where to claim money needed for subsistence would be a

12   crime.

13         In the Superior Court of the County of Yolo, failure to recognize the

14   lack of subject matter jurisdiction the Court has became an instrument of

15   oppression as threatening as the criminal court and the jailor.

16   **#6:**     Banks many of which are located in states like South Dakota can

17   avoid or reduce costs by registering with and availing themselves of the

18   services of Debt Buyers Association, a non-profit mutual benefit

19   corporation which allows attorneys to be *members*. The attorneys who have

20   filed complaints in the Superior Court of the County of Yolo *are* members

21   even though technically attorneys can not buy debt with the intent to bring

4

1    legal action under California Law.  The California Bar Association does not

2    investigate unless a client in California files a complaint and the California

3    Attorney General has not yet seen fit to investigate and prosecute.

4          Debt Buyers Association annual trade-show in Las Vegas was

5    attended by the California attorneys as well as the persons saying they

6    represent the banks located outside of California. But once these portfolios

7    of credit card accounts are sold this information can be resold to other debt

8    buyers and once the first buyer has exhausted its attempt to extort money

9    from persons on the list, they can sell that same data to still others who can

10   continue to harass these same people. As has now been disclosed to

11   investigative reporters and as even disclosed in filings before the Federal

12   Trade Commission by the Debt Buyers Association.  Investigative reporters

13   with the Buffalo News say this can go on and on for years and more years.

14   **#7:**    Plaintiff defended against these actions in the Superior Court of the

15   County of Yolo on the basis of lack of subject matter jurisdiction because

16   substantial information shows the banks had securitized the account

17   balances and are no longer the *real parties in interest.*  Failure of the

18   Superior Court to take judicial notice of these facts has denied Plaintiff to

19   the right to fair and equal treatment under the law.  Because the judicial

20   system of the State of California does not yet provide a right to appeal to an

1    independent reviewing court the State of California has also denied Plaintiff

2    to the right to a fair and equal treatment under the law.

3    **#8:**    It has been difficult to determine who the real plaintiffs are in these

4    cases as in these *limited cases* the attorneys have signed the complaints

5    (instead of the client) and the Superior Court of the County of Yolo did not

6    required a verified complaint signed by the client and has refused to require

7    more evidence that the attorney even has a client and was not pursuing the

8    case for the attorney's own personal gain.

9    **#9:**    The Superior Court of the County of Yolo has undoubtedly heard

10   many credit card debt collection cases before. Deviation from what was

11   necessary for the Court to rule for plaintiffs in previous cases appeared

12   tedious and unwelcome.

13          Whereas judicial discretion would have been provided in other cases

14   it was withheld here. [For example, the court indicated that a pleading, had

15   it been titled "Motion to Dismiss" and included a "Request of Judicial

16   Notice" would have been heard by the Court. But, because it was submitted

17   as "Motion for Judicial Notice" (in which Plaintiff was asking the court to

18   dismiss), the Court refused to hear the motion.  Had and judicial notice

19   been taken of the facts, the court would have been required to dismiss. As a

20   result all three cases for which this motion was filed subsequently when to

6

1    trial where defendant was unable to persuade the courts to take judicial

2    notice of the facts.]

3          Hearing the cases routinely took place after all the important matters

4    before the court had been taken care of, not unlike the discrimination

5    experienced by persons being asked to move to the back of the bus.

6    **#10:** Plaintiff appealed these cases, but because they are classified as

7    *limited cases* [for amounts less than $25,000] appeal is to the Appellant

8    Division of the Superior Court of the County of Yolo.  Except for one case

9    that was mistakenly first filed in the Third District Court of Appeal in

10   which briefs were filed, all of these cases are now or will be pending in this

11   Appellant Division. Some of the cases have been pending now for over a

12   year during which time Plaintiff has filed Writs asking for one remedy or

13   another to no avail - most of which have been ignored. Although these

14   cases are on appeal attorneys have already filed a writ of execution seeking

15   to collect money from Plaintiff's checking account for a bank that no longer

16   exists.

17         Civil cases in the Yolo County Appellant Division are something

18   new and Plaintiff understands that his were the first civil cases filed.

19         The one case that was heard and affirmed was appealed with the

20   judges would not find the decision of their fellow Yolo County judge was

21   flawed. This first case was appealed first by writ filed with the California

1    Supreme Court, upon rejection it was then the District Court of Appeal, and

2    then again filed with the California Supreme Court. When the California

3    Supreme Court the second time refused to hear the appeal form Third

4    District Court of Appeal, a Writ could and was filed with the U.S. Supreme

5    Court. Plaintiff's writ was first put on calendar but subsequently the court

6    refused to consider the appeal.

7    **#11:**    Defense in a credit card collection case is infrequent, so that when

8    Plaintiff even answered the complaint it may be been an annoyance akin to

9    or thought of as a frivolous, (i.e. matter brought by someone who did not

10    know better), but Plaintiff has knowledge of such matters and quickly

11    discovered that it was highly <u>unlikely</u> that his account balances had <u>not</u>

12    <u>been sold</u> by the credit card issuing banks.  The sale to comply with the

13    Financial Accounting Standard Board rules and Office of the Comptroller

14    of the Currency Rules had to be <u>without recourse</u>. What is more Plaintiff

15    discovered that and banks were frequently required to sell their credit card

16    accounts balances in order to maintain liquidity and that retained to right to

17    service the accounts so that most people are unaware that the bank no

18    longer owns the dollar amount of the balance in the account.

19    **#12:**    Also because defense in credit card collection cases is infrequent,

20    <u>and because in California there is no right to appeal to an independent</u>

21    <u>higher court where judges are perhaps more experienced in resolving</u>

1    complex matters, and judges of the Superior Courts have no prior judicial

2    decisions in similar cases as precedent to follow.

3    **#13:**    The attorneys, who prepared and filed the complaints, claimed they

4    were representing banks that originally issued the credit card. It would of

5    course be a violation of the California State Bar Act Section 6129 to admit

6    that they have a financial interest in the case. The Legislature anticipated

7    that attorneys would attempt to elude the purposes of section 6129 and this

8    statue is worded to make it a misdemeanor to even attempt to elude the

9    purpose of this section, i.e. indirectly buying a choice of action. Plaintiff

10   claims the attorneys are in fact violating this statute and collaboration with

11   others is now taking place on a grand scale. If he Courts would follow rules

12   of evidence that require that judicial notice should be taken the illegality of

13   what is taking place would be uncovered and provide a precedent for other

14   courts to follow.

15   **#14:**    In the June 2, 1998 election, California voters approved Proposition

16   220 in which, if judges of the Municipal and Superior Courts agreed these

17   courts would be combined. By 2001 the last of the judges in all counties

18   had agreed to do-away with the municipal courts. For the Nov. 2001

19   California election voters were told, (in the Official Voter Information

20   Guide), that all Proposition No. 48 did was remove provisions from the

21   Constitution that were obsolete and needed to be removed.  As a result,

9

1   voters approved Proposition 48 and today in California we have Appellant

2   Divisions of the Superior Courts that are only supposedly independent.

3   **#15:**   In the 1970's we saw the expansion of the small savings and loans

4   that included the brokered deposits that allowed these financial institutions

5   to make more and more, sometimes risky, loans while loan brokers and

6   unscrupulous persons profited. These brokered deposits allowed the banks

7   to maintain the liquidity required by the Comptroller of the Currency. In the

8   1980's we saw the start of the expansion of consumer debt with the advent

9   of the credit cards. Banks are now maintaining the required liquidity by use

10  of securitizing of credit card accounts and the sale of the asset backed

11  securities with credit card account balances serving as collateral. It has

12  become an inconvenient truth that most banks can not afford to own the

13  credit card account balances. More income is made *risk free* by servicing

14  credit card accounts after the account balances had been sold and the buyers

15  of asset backed securities are the risk takers. The more credit cards that can

16  be issued the more that can be securitized and sold and the more that can be

17  earned from servicing these off-balance sheet assets.

18  **#16:**   Small community based banks have long depended on honesty and

19  good faith of their customers but with bank deregulation this has changed.

20  A new type of bank has come on the scene called (by the Office of the

21  Comptroller of Currency) *a credit card bank.* These banks are not

1   concerned about whether the card holder will be able to repay the loan or

2   not. Once the cards are issued and the accounts *off the books* by

3   securitization what happened next is of little concern to the banks.

4   # 17:  In addition to the explosion in numbers credit card issuing banks

5   nation wide, there are abusive debt collection companies there have become

6   the debt buyers who with collaboration with unscrupulous attorneys are

7   victimizing only the delinquent credit card holder who have become the

8   disadvantaged because of unemployment or disability.

9   **#18:**  The tactics of these attorneys are not only addressed against the

10   defending party but the court itself [i.e. taking advantage the judges'

11   mistakes] in order to obtain the judgment by any means and ignoring the

12   rule that as officers of the court they are bound to act in good faith rather

13   than attempt to win cases by use of tactics and trickery.  This "Misuse of

14   the courts in this manner contributes to the undermining of confidence in

15   the judiciary by reinforcing the unfortunate image of courts as distant

16   entities available only to the wealthy or large interests". Yu v Signet Bank /

17   Virginia (2002) 103 CalApp 4th 298

18   # 19:  Judges of Superior Courts develop their own rules and work together

19   to stay ahead on a day to day basis. What happens when a poor person

20   refuses to accept what judges think is the inevitable result in a credit card

21   collection case can not help to not become *bias*. i.e. judges with less than

11

1    open mind to accepting the real facts presented in that case or even

2    following the statutes requiring judicial notice be taken of the facts.

3           Judges of the Appellant Division of the Superior Court of the County

4    of Yolo, were and are, sitting as judges of this same Superior Court (i.e. the

5    same court that rendered the decision being appealed) Judges continue to

6    have the same bias, regardless of which hat they may wearing.

7    **#20:**   The inability under the rules to obtain an independent review has

8    even more horrendous effect. Without that review the following is likely to

9    occur or may already be occurring: Because the courts do not require

10   verification by an actual plaintiff it will not be long before attorneys find

11   (not already discovering it) that they can file complaints when there is no

12   actual clients involved. In any business management learns, if not known

13   before, that failure to have internal controls foments temptation to steal,

14   even in those who would otherwise be honest. Here the attorneys are the

15   opportunists seeking personal gain and the injustice to the defendant is of

16   little concern to them.

17                                **QUESTION PRESENTED**

18   **#1:**   Where the reviewing court reviews civil (limited) cases, and reviewing

19   court is made up of only judges of the same court from which appeal is taken,

20   does this violate defendant's fundamental rights?

21          Important interests have their cases heard upon appeal by an independent

22   reviewing court but not those who are among those sometimes called "the

23   voiceless poor in our silenced minority".

1    **#2:**    Has Plaintiff's fundamental rights been violated where, as is one of an

2    increasing number of older citizens who become delinquent on payment of credit

3    card debt, plaintiff is unable to obtain an attorney to assist in defense or

4    alternative assistance such as an Ombudsman and /or alternative resolution?

5         Although it is not just the elderly that are being subjected to abusive

6    collection practices by *debt buyers* and litigation targeting those who are unable

7    to obtain representation by a qualified attorney, special rules already exist that

8    evidence the fact that it is such litigation is a crime against public justice so that

9    also providing the elderly or disabled with help of Ombudsman and /or

10   alternative resolution may be required.

11   **#3:**    Has Plaintiff's fundamental rights been violated where because this is a

12   debt collection case involving credit card debt, the case is treated differently than

13   cases involving other than debt collection for amounts of more than just nominal

14   amount?

15        More than just talk is needed to correct the lack of Civil Justice in our

16   courts. It is the duty of the courts to see that justice is not for only the wealthy or

17   large interests. Allowing the courts to be misused in this manner only

18   undermines the confidence in the judiciary by all those who are poor or

19   disadvantaged. Equal justice means equal, and segregation between those who

20   are wealthy, and those who are not, is not going to provide justice that is equal

21   just as not equal when applied to separation based on race or ethic backgrounds.

1   **#4:**     When authorities in California fail to police the actions of unscrupulous

2    attorneys who while in Nevada form collaborative arrangements resulting

3    violation of the State Bar Act of California, should not Federal Courts have the

4    jurisdiction to police this form of organized crime fomented by the Debt Buyers

5    Association to circumvent rules against common barratry set forth in statute?

6   **#5:**     Has Plaintiff's fundamental rights been violated where a judge of the

7    Appellant Division of the Yolo Superior Court is not independent by reason of

8    prior knowledge or association with the parties or case they are to hear when in

9    fact California law even exempts judges of the Appellant Division from even

10    peremptory challenges on this basis?

11        The rules for judges in this U.S. District Court, requires judges not have

12    prior knowledge or association with the parties or case they are to hear and in

13    other than cases before the Appellant Division this rule also applies.  The

14    question presented is can this Federal Court rule that anyone expecting judges to

15    pass judgment in a petition for review <u>critical of a member of a family of judges</u>

16    is not realistic?

17   **#6:**     The Superior Court of the County of Yolo is striving to become better

18    able to provide justice but has problems that it have not yet been overcome.

19    During the past two years Plaintiff has had two recurring thoughts. The first is

20    that, so long as the judges of this Court refuse to take judicial notice of facts it

21    would be impossible to obtain justice. The Second thought is that so long as the

1   Court refuses to provide judicial discretion (as where the Code of Civil

2   Procedure conflicts with the duty of the Judges to be fair), unscrupulous

3   attorneys will continue to use tactics and trickery and prevent fair and just results

4   in the Superior Court of the County of Yolo.  Until fairness is restored as the

5   ultimate purpose of the law, will the United States District Court undue the harm

6   that has been caused Plaintiff?

7                                    * * *

8

9                              **RELIEF**

10        Plaintiff asks this Court to rule on the questions asked and provide

11   such justice that can be had.

12                         VERIFICATION

13   I, Ross Shade, am the plaintiff in this case, have prepared the forgoing COMPLAINT,

14   and know the contents thereof based on own knowledge. If asked to testify as to the

15   matters contained therein I would do so and do now declare under penalty of perjury

16   under the laws of California that forgoing information is true and correct and that this

17   declaration is signed in the county of Yolo on this April 27 2007

18

19                              Ross Shade

20
21

15