1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROSS SHADE,

11          Plaintiff,                    No. CIV S-07-0070 FCD DAD PS

12       vs.

13   SUPERIOR COURT OF
     COUNTY OF YOLO and
14   STATE OF CALIFORNIA,

15          Defendants.              ORDER

16   _____/

17          Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was

18   referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

19          On November 19, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on plaintiff and which contained notice to plaintiff that any objections

21   to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed

22   objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.

25   /////

26   /////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed November 19, 2007, are adopted in

3    full; and

4        2.  This action is dismissed with prejudice.

5    DATED: December 17, 2007.

6

7

8                              FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26